**Order entered January 23, 2014**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-09-00416-CV

**MARK MCCAY, ET AL., Appellants**

**V.**

**THE DALLAS MORNING NEWS, INC., ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-08599-E**

## ORDER

We **REINSTATE** this appeal.

This appeal was previously abated due to the bankruptcy filing of appellant, Deco-Dence, LLC. On January 9, 2014, appellees filed a motion to reinstate and dismiss the appeal for want of prosecution. In their motion, appellees inform the Court that the bankruptcy proceeding involving Deco-Dence, LLC was closed on October 18, 2013. A copy of the October 18, 2013 order is attached to their motion.

We **DENY** appellees' motion to dismiss. On December 8, 2010, the Court received a letter from Renee Carroll, Official Court Reporter for the 116th Judicial District Court of Dallas County, Texas, informing the Court that no reporter's records existed of the hearings requested by counsel. Accordingly, we **ORDER** the appeal submitted without a reporter's record.

The clerk's record is past due.  We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file **ON OR BEFORE MONDAY, FEBRUARY 24, 2014**, either:  (1) the clerk's record; (2) written verification of no request for the record; or (3) written verification that no payment or payment arrangement has been made for the fee for the record.  *We caution appellants that if the Court receives written verification of no request or no payment, the appeal will be dismissed without further notice.  See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons and all counsel of record.

/s/     ADA BROWN
        JUSTICE